[No. 35704-2-I.   Division One.   August 7, 1995.]

SHERRY JUBILO, *Respondent*, v. GEORGE SIMON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-00896-6, Michael F. Moynihan, J.,

entered October 28, 1994. *Reversed* by unpublished per curiam opinion.